s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

| | | |
|---|---|---|
| Jerry Slight, *et al.*, | : | Case No. 3:20-cv-01590-JJH |
| Plaintiffs, | : | (Hon. Jeffrey J. Helmick) |
| v. | : | **DECLARATION OF NICHOLAS J. BRECHBILL** |
| International Union United Automobile, Aerospace and Agricultural Implement Workers of America, *et al.*, | : | |
| Defendants. | : | |
| | : | |

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

I, Nicholas J. Brechbill, an attorney for Defendant FCA US LLC in the above-captioned matter, under penalty of perjury, state as follows:

1. I am an attorney for Defendant FCA US LLC.

2. I seek admission *pro hac vice* in the above-referenced case.

3. I am an attorney admitted to practice to the bar of the State of New York on December 7, 2018. My New York bar registration number is 5658455.

4. I am an attorney admitted to practice to the bar for the District of Columbia on December 4, 2017. My District of Columbia registration number is 229988.

5. Pursuant to Rule 83.5(h) of the Local Civil Rules for the United States District Court for the Northern District of Ohio, my contact information is as follows:

      Nicholas J. Brechbill
      SULLIVAN & CROMWELL LLP
      1700 New York Avenue N.W., Suite 700
      Washington, DC  20006-5215
      Telephone:  (202) 956-7500
      Facsimile:  (202) 293-6330
      E-mail:  brechbilln@sullcrom.com

6. I am a member in good standing of the Bar of the Supreme Court of New York and of all other bars to which I am admitted to practice, namely:

| COURT | ADMISSION DATE | STATUS |
|---|---|---|
| New York State | 12/7/2018 | Active |
| District of Columbia | 12/4/2017 | Active |
| United States Court of Appeals for the Second Circuit | 12/23/2019 | Active |
| United States District Court, Southern District of New York | 2/25/2020 | Active |

7. I am not currently suspended or disbarred in any court.

8. Heidi N. Hartman, who is a member of the bar of this Court, is designated co-counsel for Defendant FCA US LLC. Ms. Hartman's contact information is:

      Heidi N. Hartman (0074293)
      EASTMAN & SMITH LTD.
      One SeaGate, 24th Floor
      P.O. Box 10032
      Toledo, OH  43699-0032
      Telephone: (419) 241-6000
      Facsimile: (419) 247-1777
      E-mail:  hnhartman@eastmansmith.com

Pursuant to 28 U.S.C. § 1746, I declare under the penalties of perjury that the foregoing is true and correct.

Executed this 25th day of August 2020 in Margate City, New Jersey.

*[signature]*

Nicholas J. Brechbill (NY 5658455)